**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 929
:
ORDER RESCINDING AND REPLACING : SUPREME COURT RULES DOCKET
PENNSYLVANIA ORPHANS' COURT :
FORMS G-02, G-03, AND G-05 :


**ORDER**


**PER CURIAM**

    **AND NOW**, this 16th day of December, 2022, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Orphans' Court Forms G-02, G-03, and G-05 are rescinded and replaced in the attached form. This Order shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective January 1, 2023.